1   BENJAMIN B. WAGNER
    United States Attorney
2   PATRICK R. DELAHUNTY
    HENRY Z. CARBAJAL III
3   Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
4   Fresno, CA 93721
    Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6
    Attorneys for Plaintiff
7   United States of America

8

9                  IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

    UNITED STATES OF AMERICA,            CASE NO.  1:15-CR-00233 LJO
12
                        Plaintiff,       STIPULATION AND ORDER BETWEEN THE
13                                        UNITED STATES AND LIOBIGILDO VARGAS
                   v.
14
    JUAN ORTIZ RIVAS, ET AL,
15
                        Defendants.
16

17

18

19                              **STIPULATION**

20

21
        WHEREAS, the discovery in this case is voluminous and contains a large amount of personal
22
    information including but not limited to insurance claims and claim files, Social Security numbers, dates
23
    of birth, telephone numbers, residential addresses, and confidential business and accounting records
24
    ("Protected Information"); and,
25
        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the
26
    unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court
27
    proceedings in this matter;
28

    STIPULATION AND ORDER                    1

1        The parties agree that entry of a stipulated protective order is appropriate.

2        THEREFORE, defendant LIOBIGILDO VARGAS by and through his counsel of record Carrie

3   McGreary ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel

4   of record, hereby agree and stipulate as follows:

5        1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

6   Criminal Procedure, and its general supervisory authority.

7        2.      This Order pertains to all discovery provided to or made available to Defense Counsel as

8   part of the discovery in this case (hereafter, collectively known as the "discovery").

9        3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share or

10   provide any documents that contain Protected Information with anyone other than Defense Counsel and

11   designated defense investigators and support staff.

12        4.      The parties agree that Defense Counsel, defense investigators, and support staff shall only

13   provide the defendant with copies of documents subject to these agreements:

14            a)      The defendant shall only be provided with copies of documents that do not

15        contain Protected Information or copies of documents from which Protected Information has

16        been redacted.

17            b)      Defense Counsel may permit the defendant to view unredacted documents in the

18        presence of his attorney, defense investigators and support staff.

19            c)      The parties agree that Defense Counsel, defense investigators, and support staff

20        shall not allow the defendant to copy or record Protected Information contained in the discovery.

21        5.      The discovery and information therein may be used only in connection with the litigation

22   of this case and for no other purpose.  The discovery is now and will forever remain the property of the

23   United States Government.  Defense Counsel will return the discovery to the Government or certify that

24   it has been destroyed at the conclusion of the case.

25        6.      Defense Counsel will store the discovery in a secure place and will use reasonable care to

26   ensure that it is not disclosed to third persons in violation of this agreement.

27        7.      Defense Counsel shall be responsible for advising the defendant, employees, other

28   members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

STIPULATION AND ORDER                    2

1    8.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees

2  to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by /

3  this Order or the Court modifies this Order regarding such transfer of discovery.

4        IT IS SO STIPULATED.

5  Dated:  September 17, 2015                    BENJAMIN B. WAGNER
                                                 United States Attorney
6

7                                               /s/ Patrick R. Delahunty
                                                PATRICK R. DELAHUNTY
8                                               Assistant United States Attorney

9  Dated: September 17, 2015

10                                              /s/ Carrie McCreary
                                                CARRIE MCCREARY
11                                              Counsel for Defendant

12

13

14

15

16                                **ORDER**

17

18  IT IS SO ORDERED.

19     Dated:   **September 17, 2015**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                    3