UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LIOBIGILDO VARGAS,<br><br>  Defendant. | No.  1:15-cr-00233-DAD-BAM-4<br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on March 27, 2017 to 15 months (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:   **March 27, 2017**                              *Dale A. Drozd*
                                                                             UNITED STATES DISTRICT JUDGE

1